UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL B. FJERSTAD,<br><br>        Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CASE NO. C10-567RSM-MAT<br>(CR07-277RSM)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND STRIKING ADDITIONAL MOTIONS |

The Court, having reviewed plaintiff's § 2255 petition, the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler (Dkt. # 41), and petitioner's Objections thereto (Dkt. # 43), does now find and ORDER:

(1) The Report and Recommendation is APPROVED and ADOPTED.

(2) Plaintiff's motion for leave to amend his § 2255 petition to address "errors committed by his defense counsel(s) by and through the signing of the Waiver Agreement" (Dkt. # 37) is DENIED for the reasons set forth in the Report and Recommendation.

(3) Petitioner's Objections (Dkt. # 43) purports to introduce additional amendments to the petition. To the extent these are presented as additional claims or amendments they have not been properly raised and are accordingly STRICKEN.

(4) Petitioner has filed additional motions, one a "supplemental motion" to amend his petition (Dkt. # 42), and one to "amend his pleading as a matter of course" (Dkt. # 44). The "supplemental motion" is not a motion but simply further argument in support of the prior motion to amend, Dkt. # 37. The latter motion (Dkt. # 44) appears to address the Objections filed, and requests leave to make certain

ORDER - 1

1  corrections to the additional claims set forth in the Objections.  This portion of petitioner's Objections
2  has been stricken. Accordingly, both this motion to amend (Dkt. # 44) and the supplemental motion to
3  amend the petition (Dkt. # 42) are STRICKEN as moot.
4      The Clerk shall direct copies of this Order to plaintiff at has address of record, and to the Hon.
5  Mary Alice Theiler, United States Magistrate Judge.

7      Dated this 4 day of October 2010.

                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

28  ORDER - 2