01

02

03

04

05

06
                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
07                                 AT SEATTLE

08   MICHAEL J. FJERSTAD,                    )
                                             )     CASE NO.    C10-567-RSM
09            Petitioner,                    )                 (CR07-277-RSM)
                                             )
10       v.                                  )
                                             )     ORDER OF DISMISSAL
11   UNITED STATES OF AMERICA,               )
                                             )
12            Respondent.                    )
     _____ )

13

14        The Court, after careful consideration of petitioner's 28 U.S.C. § 2255 motion for writ

15   of habeas corpus, the government's response, the Report and Recommendation of the

16   Honorable Mary Alice Theiler, the governing authorities and the balance of the record, does

17   hereby find and ORDER:

18        (1)    The Report and Recommendation is ADOPTED;

19        (2)    Petitioner's § 2255 motion is DENIED and this case is DISMISSED with

20               prejudice;

21        (3)    Petitioner is DENIED issuance of a certificate of appealability; and

22   / / /

     ORDER OF DISMISSAL
     PAGE -1

01     (4)     The Clerk is directed to send copies of this Order to all counsel of record and to

02             Judge Theiler.

03     DATED this 17th day of March 2011.

04

05

06

       RICARDO S. MARTINEZ
07     UNITED STATES DISTRICT JUDGE

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE -2